1  Bradley T. Austin, Esq.
   Nevada Bar No. 13064
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada  89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
5  baustin@swlaw.com

6  *Attorneys for Defendant*
   *Equifax Information Services LLC*
7

   **UNITED STATES DISTRICT COURT**
8
   **DISTRICT OF NEVADA**
9

| | |
|---|---|
| PAUL A. BOWLING, | ) **Case No. 2:18-cv-01209-RFB-PAL** |
| Plaintiff, | ) **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | ) |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS INC, and NORTH AMERICAN RECOVERY, | ) **(FIRST REQUEST)** |
| Defendants. | ) |

17      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19  no opposition.   Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

20  AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

21  answer, move or otherwise respond to the Complaint in this action is extended from July 27, 2018

22  through and including **August 27, 2018**.  Plaintiff and Equifax are actively engaged in settlement

23  discussions.   The additional time to respond to the Complaint will facilitate settlement

24  discussions.

25  ///

26  ///

27  ///

28

*Snell & Wilmer*
*— L.L.P. —*
*LAW OFFICES*
*3883 Howard Hughes Parkway, Suite 1100*
*Las Vegas, Nevada  89169*
*702.784.5200*

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 1st day of August, 2018.

SNELL & WILMER LLP


By: /s/ *Bradley Austin*
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169
    Email: baustin@swlaw.com
    *Attorneys for Defendant Equifax*
    *Information Services, LLC*

***No opposition***

 /s/ *Erik Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*


**IT IS SO ORDERED:**



United States Magistrate Judge

DATED: August 2, 2018

4847-4730-7097