SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant,
N.A.R., INC. (erroneously sued as North American Recovery)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL A. BOWLING,<br><br>　　　　Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, NORTH AMERICAN RECOVERY, a Foreign Company,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01209-RFB-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |

NOW INTO COURT, through undersigned counsel, comes Plaintiff, PAUL A. BOWLING ("Plaintiff"), and Defendant, N.A.R., INC. (erroneously sued as North American Recovery) ("NAR"), who file this Joint Stipulation to Extend the Answer deadline to the Complaint filed by Plaintiff, and state:

1.　　On or about July 2, 2018, Plaintiff filed his Complaint in this Honorable Court.

2.　　Plaintiff contends that NAR was properly served. NAR recently learned of the case when it was given notice that a default would be sought. The Notice of Intent to Default was its first notice of the claim. NAR contends that a statutory agent for North American Recovery was erroneously served with the Complaint and the wrong entity has been named in the litigation.

///

///

-1-

3. Counsel for NAR immediately contacted Plaintiff's counsel upon learning of the litigation, intent to default and raised the legal issues regarding the incorrect entity being named and served.

4. Plaintiff, through counsel, has agreed to allow NAR an extension, or until September 21, 2018, to file Responsive Pleadings to Plaintiff's Complaint.

5. NAR has not requested any prior extensions in this action.

6. There are no pending hearings or matters currently before the Court.

7. Despite due diligence and good faith efforts, NAR and its counsel require an extension of time to investigate the allegations in the Complaint, and prepare a responsive pleading.

WHEREFORE, Defendant, N.A.R., INC. (erroneously sued as North American Recovery), respectfully requests this Court grant an extension through and including September 21, 2018, to file its responsive pleadings to Plaintiff's Complaint.

DATED this 7th day of September, 2018.

**COGBURN LAW OFFICES**

/s/ Erik W. Fox

**JAMIE S. COGBURN, ESQ.**
Nevada Bar No. 8409
**ERIK W. FOX, ESQ**.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Attorneys for Plaintiff,
Paul A. Bowling

DATED this 7th day of September, 2018.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169-5968
Attorneys for Defendant,
N.A.R., INC. (erroneously sued as North American Recovery)

**IT IS SO ORDERED.**

Dated: September 11, 2018

_____
UNITED STATES MAGISTRATE JUDGE

-2-

**PROOF OF ELECTRONIC SERVICE**

I certify that on this 7th day of September, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP