UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PAUL A BOWLING, | Case No. 2:18-cv-01209-RFB-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (ECF No. 13) filed September 13, 2018 required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 29, 2019. There are no dispositive motions pending. The only remaining defendant is Experian Information Services, Inc. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 10, 2019**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the district judge of case dispositive sanctions.
2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 26th day of April 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE