1 COGBURN LAW
Jamie S. Cogburn, Esq.
2 Nevada Bar No. 8409
jsc@cogburncares.com
3 Erik W. Fox, Esq.
Nevada Bar No. 8804
4 ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 Henderson, Nevada 89074
Telephone: (702) 748-7777
6 Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL A. BOWLING<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, NORTH AMERICAN RECOVERY, a Foreign Company<br><br>Defendants. | Case Number<br>2:18-cv-01209-RFB-PAL<br><br><br>**STIPULATION AND ORDER OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Paul A. Bowling ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby stipulate and agree

. . .

. . .

. . .

. . .

that all Plaintiff's claims asserted against Experian in the above-captioned matter shall be and are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

Dated this 1st day of July, 2019.     Dated this 1st day of July, 2019.

**COGBURN LAW**     **NAYLOR & BRASTER**

By: */s/Erik W. Fox*     By: */s/Jennifer L. Braster*
    Jamie S. Cogburn, Esq.         Jennifer L. Braster, Esq.
    Nevada Bar No. 8409         Nevada Bar No. 9982
    Erik W. Fox, Esq.         Andrew J. Sharples, Esq.
    Nevada Bar No. 8804         Nevada Bar No. 12866
    2580 St. Rose Parkway, Suite 330         1050 Indigo Dr., Suite 200
    Henderson, Nevada 89074         Las Vegas, NV 89145
    *Attorneys for Plaintiffs*         *Attorneys for Experian Information Services, Inc.*

## ORDER

**IT IS SO ORDERED.** The Clerk of the Court is instructed to close this case.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

July 2, 2019
DATE